# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CREW PRODUCTION CORP., a California Corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SIWY DENIM OF AMERICA, LLC, an Ohio limited liability company, and SANDRA ADAMO, an individual,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERLCAIMS | Case No. CV09-02760 DMG (FFMx)<br><br>Hon. Dolly M. Gee, District Judge<br><br>Courtroom 7<br><br>**ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION [27]**<br><br>**JS-6** |

The Court, having read and considered the Stipulation of All Parties For Voluntary Dismissal With Prejudice, and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that the above captioned action shall be and is hereby DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

Dated: March 4, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

502654637